UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PATRICIA POLOSKY,

                         Plaintiff,           3:15-CV-0884
                                              (GTS/TWD)
v.

CAROLYN W. COLVIN, Comm'r of Soc. Sec.,

                         Defendant.
_____

APPEARANCES:                                          OF COUNSEL:

LACHMAN & GORTON                         PETER A. GORTON, ESQ.
  Counsel for Plaintiff
P.O. Box 89
1500 East Main Street
Endicott, New York 13761

SOCIAL SECURITY ADMINISTRATION         SIXTINA FERNANDEZ, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II   Special Assistant U.S. Attorney
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge

# DECISION and ORDER

The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Thérèse Wiley Dancks, filed on July 25, 2016, recommending that the Commissioner's motion for judgment on the pleadings be granted, the Commissioner's decision denying disability insurance benefits be affirmed, and that Plaintiff's Complaint be dismissed. (Dkt. No. 14.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers herein, including Magistrate Judge Dancks' thorough Report-Recommendation, the Court

can find no clear error in the Report-Recommendation: Magistrate Judge Dancks employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's motion for judgment on the pleadings is granted, that the Commissioner's decision denying disability insurance benefits is affirmed; and Plaintiff's Complaint is dismissed in its entirety.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 14) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision denying Social Security benefits is **AFFIRMED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED** that the Clerk shall issue Judgment for Defendant and close this action.

Dated: August 26, 2016
       Syracuse, New York

_____
HON. GLENN T. SUDDABY
United States District Judge